IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ELIJAH THOMAS, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 10-271-M
:
MICHAEL J. ASTRUE, :
Commission of Social Security, :
:
    Defendant. :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Elijah Thomas and against Defendant Michael J. Astrue.

DONE this 25th day of January, 2011.

                          s/BERT W. MILLING, JR.
                          UNITED STATES MAGISTRATE JUDGE